***NOT FOR PRINTED PUBLICATION***

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §   CASE NO. 9:20-CR-20 |
| | § |
| DEMETRIO HERNANDEZ | § |

## ORDER ACCEPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties do not object to the magistrate judge's recommendations. The Court **ORDERS** that the findings of fact and recommendation on plea of true (Doc. No. 17) are **ACCEPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Demetrio Hernandez, to serve a term of five (5) months imprisonment with no further supervised release. The Court recommends credit for any time due since the arrest of Mr. Hernandez on the petition to revoke.

So **ORDERED** and **SIGNED**  June 4, 2021

_____
Ron Clark
Senior Judge